**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Casey Daniel Eden, | No. CV-21-00305-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Kline, | |
| Defendant. | |

On February 28, 2022, the Court's Orders (Docs. 22, 23) sent from the Clerk of Court to Plaintiff were returned to the Court as undeliverable (Doc. 25). The returned envelope is marked "Return to Sender/Not Deliverable as Addressed/Unable to Forward." (*Id.*). The Court previously warned Plaintiff that the failure to file a notice of change of address may result in the dismissal of this action. (Doc. 9 at 6). Therefore,

**IT IS ORDERED** that by **March 15, 2022**, Plaintiff shall either (i) file a notice of change of address with the Court or (ii) show cause why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Order and to prosecute this case.

The Clerk of Court is directed to also mail a copy of this Order to Plaintiff at the following address: Casey Daniel Eden #337827; ASP Red Rock Correctional Center; 1750 East Arica Road; Eloy, AZ 85131.

Dated this 1st day of March, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge